IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : : : | CIVIL ACTION<br>No. 16-5043 |
| v. | : : | |
| LEON G. COOPERMAN, et al. | : | |

## ORDER

AND NOW, this 20th day of March, 2017, upon consideration of Defendants Leon G. Cooperman and Omega Advisors, Inc.'s Motion to Dismiss, Plaintiff the Securities and Exchange Commission's response thereto, Defendant's reply, and the parties' presentations at the February 7, 2017, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 17) is GRANTED in part and DENIED in part. The Motion is GRANTED as to Counts II and III, which are DISMISSED without prejudice. The Motion is DENIED as to Count I. Defendants shall file an answer to Plaintiff's Complaint on or before April 3, 2017.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.