IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>LEON G. COOPERMAN and OMEGA ADVISORS, INC.,<br><br>       Defendants. | Civil Action No. 2:16-cv-05043-JS |

## JOINT MOTION TO VACATE

WHEREAS, the parties, Plaintiff, the Securities and Exchange Commission (the "Commission"), and Defendants, Leon G. Cooperman and Omega Advisors, Inc. ("Defendants") have agreed to a settlement of this action;

WHEREAS, Defendants agree that solely for the purposes of settlement of this action, Defendants waive any objection to venue in the Eastern District of Pennsylvania and consent to seeking vacatur of the portion of this Court's March 20, 2017 Order dismissing the Second and Third Claims for Relief of the complaint for lack of venue such that, upon approval of the Court, the Second and Third Claims for Relief of the complaint shall be reinstated;

WHEREFORE, Plaintiff and Defendants, by their undersigned counsel, hereby jointly move the Court for an order vacating the portion of the March 20, 2017 Order dismissing the Second and Third Claims for Relief of the complaint without prejudice (Dkt. 39) and reinstating the Second and Third Claims for Relief.  A proposed Order is attached.

Dated: May 18, 2017								Respectfully Submitted,


								BY: s/ Jennifer Chun Barry
								Jennifer Chun Barry
								Securities and Exchange Commission
								Philadelphia Regional Office
								1617 JFK Boulevard, Suite 520
								Philadelphia, PA 19103
								Telephone:  (215) 597-3100
								Facsimile:  (215) 597-2740

								*Attorneys for Plaintiff*


								BY: s/ Daniel J. Kramer
								Daniel J. Kramer
								Paul, Weiss, Rifkind, Wharton & Garrison LLP
								1285 Avenue of the Americas
								New York, NY 10019-6064
								Telephone:  (212) 373-3020
								Facsimile:  (212) 492-0020

								*Attorneys for Defendants*