IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEON G. COOPERMAN and OMEGA ADVISORS, INC.,<br><br>Defendants. | Civil Action No. 2:16-cv-05043-JS |

## ORDER

AND NOW, this ___ day of _____, 2017, upon consideration of the parties' Joint Motion to Vacate (Dkt. __), it is hereby ORDERED the parties' Joint Motion is GRANTED.

IT IS FURTHER ORDERED the portion of the March 20, 2017 Order dismissing the Second and Third Claims for Relief is hereby VACATED and the Second and Third Claims for Relief in the complaint are REINSTATED.

BY THE COURT:

_____
HONORABLE JUAN R. SÁNCHEZ
United States District Judge